[No. 42609-9-II.   Division Two.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGEANNA JOYCE HENSCHEL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00736-1, Paula Casey, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 42641-2-II.   Division Two.   September 11, 2012.]

*In the Matter of the Parentage of* K.J.C.

S.M.W., *Respondent*, v. J.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-5-00916-2, James R. Orlando, J., entered September 2, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Armstrong, J.

[No. 42779-6-II.   Division Two.   September 11, 2012.]

ARTHUR WEST, *Appellant*, v. CHRISTINE GREGOIRE, *as Governor*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-00063-9, Paula Casey, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 30501-5-III.   Division Three.   September 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY L. WATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00460-9, Toni A. Sheldon, J., entered November 8, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.